```
_____FILED         _____ENTERED
_____LODGED        _____RECEIVED

         AUG 23 2018
          AT SEATTLE
    CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOEL EDWIN KURZYNSKI,<br><br>Defendant. | NO. CR18-203 RSL<br><br>FELONY INFORMATION |

The United States Attorney charges that:

### COUNT 1

### (Cyber Stalking)

On the dates set forth below, at Seattle, in the Western District of Washington, defendant JOEL E. KURZYNSKI, with intent to harass and intimidate, used an interactive computer service and an electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, specifically phone calls, text messages, email messages, online postings, and online dating platforms, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to individuals including:

Information/Joel Edwin Kurzynski - 1
CR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Count | Victim | Communication Methods | Dates of Course of Conduct |
|---|---|---|---|
| 1 | Victim 1 | Phone calls, email, text messages, craigslist, Scruff | March 2017 – February 2018 |
| 2 | Victim 2 | Phone calls, email, text messages | October 2017 – February 2018 |

All in violation of 18 U.S.C. § 2261A(2)(B).

DATED this 23rd day of August, 2018.

ANNETTE L. HAYES
United States Attorney

FRANCIS FRANZE-NAKAMURA
Assistant United States Attorney

FRANK LIN    For
Trial Attorney, Computer Crime and Intellectual Property Section, Criminal Division

Information/Joel Edwin Kurzynski - 2
CR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970