UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>JOEL KURZYNSKI,<br><br>                Defendant. | Case No. CR21-182RSL<br><br>ORDER GRANTING MOTION TO TRAVEL |

      The Court has considered Mr. Kurzynski's request for permission to travel, along with the records and files in this case, as well as the endorsement of Robert Cooper, Mr. Kurzynski's supervising probation officer in the Southern District of Ohio, provided through the Western District of Washington's probation office.

      THE COURT FINDS that good cause exists and GRANTS Mr. Kurzynski's request to travel April 6, 2023 through April 19, 2023 to attend a wedding in Rugby, England and travel to London, England, and Paris, France. Mr. Kurzynski must adhere to any probation restrictions and guidelines. All other conditions of supervision remain in place.

      DATED this 19th day of January, 2023.

                                                            Robert S. Lasnik
                                                            United States District Judge